Friendship Partnership LLC v. Almonani, et al. Doc. 51

Case 2:06-cv-00522-JPS  Filed 02/14/2008  Page 1 of 3  Document 51

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

FRIENDSHIP PARTNERSHIP L.L.C., d/b/a JJ Fish,

        Plaintiff,

v.                                                      Case No. 06-C-522

MOHD ALMONANI, MOHAMMAD ABU-SAIF,
and MR. JJ FISH, INC.,

        Defendants.

## STIPULATED CONSENT INJUNCTION

The Plaintiff, Friendship Partnership, LLC d/b/a JJ Fish and the Defendants, Mr. Mohd Almonani, individually, Mr. Mohammad Abu-Saif, individually, and Mr. JJ Fish, stipulate as follows:

    1.    Plaintiff has filed a Complaint and an Amended Complaint against the Defendants.

    2.    Defendants admit that this Court has jurisdiction over them and over the subject matter of this action.

    3.    Other than jurisdiction, Defendants do not admit any allegations in the Plaintiff's Complaint or Amended Complaint and waive the entry of findings of fact and conclusions of law.

    4.    Defendants understand that this Stipulated Consent Injunction constitutes the final judgment in this matter as to them, and waive any and all right to appeal from this judgment.

    5.    Defendants voluntarily consent to the entry of this Injunction and agree to be bound by its terms.

    6.    Defendants understand and agree that the Court will retain jurisdiction over them for the purpose of implementing and enforcing this injunction.

Accordingly, in light of the foregoing, the Court hereby FINDS, ORDERS and DECREES as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1331, 1332, 1338, 15 U.S.C. §1121, and, with respect to certain claims alleged in the Plaintiff's Amended Complaint, 28 U.S.C. §1367;

2. The Defendants have consented to the entry of this injunction and agree to be bound by its terms;

3. The Defendants are permanently enjoined from using the Mr. JJ Fish Mark (attached hereto as Exhibit A);

4. The Defendants will remove and destroy all items in their possession, custody or control bearing the Mr. JJ Fish Mark, and shall cancel any advertisements or telephone or other directory listings using the Mr. JJ Fish Mark or name;

5. The Defendants agree to instead use a new logo/service mark that is attached to this Order as Exhibit B;

6. The Defendants shall implement the changes referenced in Paragraph 4 above and shall certify to the Court within ninety (90) days Court that they have implemented the changes;

7. The Court shall retain jurisdiction over this matter and over the Defendants for the purpose of enforcing this injunction; and,

8. The Plaintiff is granted the right to conduct post-judgment discovery in accordance with the Federal Rules of Civil Procedure for the purpose of ensuring the Defendants' compliance with this injunction.

**CONSENTED AND AGREED TO:**

Dated this 30th day of January, 2008.

    REINHART, BOERNER, VAN DEUREN, S.C.
    Attorneys for Plaintiff,
    Friendship Partnership, LLC d/b/a JJ Fish

    s/ Laura Gramling Perez
    Laura Gramling Perez
    State Bar No. 1035855
    1000 N Water St # 2100
    PO Box 2965
    Milwaukee, WI 53201-2965
    Telephone: (414) 298-8167
    Fax: (414) 298-8097
    Email: lperez@reinhartlaw.com

Dated this 30th day of January, 2008.

    LEIB & KATT, LLC
    Attorneys for Defendants,
    Mr. Mohd Almonani, Mr. Mohammad Abu-Saif, and
    Mr. JJ Fish, Inc.

    s/ Mark D. Malloy  (with permission)
    Mark D. Malloy
    State Bar No.1035066
    740 N. Plankinton Avenue, Suite 600
    Milwaukee, WI 53203
    Telephone: (414) 276-8816
    Fax: (414) 276-8819
    Email: mdm@leibkatt.com

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 14th day of February, 2008.

    BY THE COURT:

    *[signature]*

    J.P. Stadtmueller
    U.S. District Judge